# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIPLE ENERGY TECHNOLOGIES, LLC<br><br>Appellant(s),<br><br>v.<br><br>HOLOGENIX, LLC<br><br>Appellee(s). | CASE NUMBER:<br><br>2:20–cv–10109–FMO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __2/8/2021__

Document Number(s):   __22__

Title of Document(s):   __Stipulation__

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52–4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address.

Other:

Lodging of a proposed order, or emailing of a proposed order is required no later than 2/11/2021, or the stipulation may be stricken.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __February 9, 2021__          By: __/s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*__
                                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**