JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HOLOGENIX, LLC,<br><br>        Debtor,<br>_____<br>MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>        Appellant,<br><br>        v.<br><br>HOLOGENIX, LLC,<br><br>        Appellee.<br>_____ | Case Nos.   CV 20-10109 FMO<br>                        CV 20-10479 FMO<br><br>BK Case No. 20-13849 BR<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order re: Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the Bankruptcy Court's Dismissal, Findings, and Confirmation Orders, (Bankruptcy Document Nos. 246, 247, 248), are remanded for further proceedings consistent with the Order re: Bankruptcy Appeal.

Dated this 27th day of September, 2021.

                                                                         /s/<br>                                              Fernando M. Olguin<br>                                              United States District Judge